**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Premarc Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **1960** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7505 Highway M-71**<br>**Durand MI**<br>ZIP CODE **48429** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Genesee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Premarc Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>Signature of Attorney for Debtor(s)     Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Premarc Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney**

X **/s/Dennis M. Haley**
Signature of Attorney for Debtor(s)

**Dennis M. Haley  Bar No.  P-14538**
Printed Name of Attorney for Debtor(s) / Bar No.

**Winegarden, Haley et. al. P.L.C**
Firm Name

**G-9460 S. Saginaw Street, Suite A Grand Blanc, MI 48439**
Address

**(810) 767-3600**  **(810) 579-1748**
Telephone Number

**11/14/2011**  **DHaley@Winegarden-Law.com**
Date  E-Mail Address

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David C. Marsh**
Signature of Authorized Individual

**David C. Marsh**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**11/14/2011**
Date

Revised 05/08

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

In re:  Case No. _____

**Premarc Corporation**

_____**Debtor.**_____/

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

**Part 1**

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a " companion case" to this case ever been filed at any time in this district or any other district?    Yes **X**  No ___

**( If yes, complete Part 2.)**

**Part 2**

**For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)**

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | **Grand River Infrastructure, In** | | |
| Relationship to this case | **Owns 100% of voting shares** | | |
| Case number | **11-35206** | | |
| Chapter | **11** | | |
| Date filed | **11/14/2011** | | |
| District | **Eastern District of Michigan** | | |
| Division | **Flint** | | |
| Judge | **Opperman** | | |
| Status/Disposition | **Pending** | | |

**(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)**

**If the present case is a Chapter 13 case, state for each companion case:**

| Attorney | | | |
|---|---|---|---|
| Legal fee | $ | $ | $ |

Proposed legal fee in this case    $ _____

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

_____

**Part 3 - In a Chapter 13 Case Only**

The Debtor(s) certify, re: 11 U.S.C.§ 1328(f):
    **[indicate which]**

- ☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
- ☐ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
- ☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
- ☐ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| **/s/ David C. Marsh** | **/s/Dennis M. Haley** |
| **David C. Marsh** | **Dennis M. Haley** |
| Debtor | Debtor's Attorney |
| Date: 11/14/2011 | Bar no.: **P-14538** |
| | Address.: **Winegarden, Haley et. al. P.L.C** |
| | **G-9460 S. Saginaw Street, Suite A** |
| | **Grand Blanc, MI 48439** |
| | Telephone No.: **(810) 767-3600** |
| | Fax No.: **(810) 579-1748** |
| | E-mail address: **DHaley@Winegarden-Law.com** |

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

In re: **Premarc Corporation**, Case No.

**Debtor** Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to debtor's condition on **10/31/11**.

   a. Total assets $ **6,436,000.00**

   b. Total debts (including debts listed in 2.c., below) $ **7,985,307.80**

   Approximate number of holders

   c. Debt securities held by more than 500 holders.

   secured        unsecured        subordinated

   d. Number of shares of preferred stock    **0**        **0**

   e. Number of shares of common stock    **0**        **0**

   Comments, if any:

   **Class A Voting Stock        332 Shares        Holders-3**
   **Class B Non Voting Stock   15,862 Shares     Holders-8**

3. Brief description of debtor's business:

   **Manufacturer of concrete products**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **Daniel C. Marsh Revocable Trust (160 shares, 48.2%)**
   **David C. Marsh Trust (86 shares, 25.9%)**
   **Paul A. Marsh Trust (86 shares, 25.9%)**

Exhibit A - Page 1

## United States Bankruptcy Court

## Eastern District of Michigan

In re:  
**Premarc Corporation**

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David C. Marsh**, declare under penalty of perjury that I am the **Vice President** of **Premarc Corporation,** a **Michigan** Corporation and that on the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David C. Marsh**, **Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **David C. Marsh**, **Vice President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **David C. Marsh**, **Vice President** of this Corporation, is authorized and directed to employ **Dennis M. Haley**, attorney and the law firm of **Winegarden, Haley et. al. P.L.C** to represent the Corporation in such bankruptcy case."

Executed on: **11/14/2011**

Signed: **/s/ David C. Marsh**  
**David C. Marsh**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Premarc Corporation**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Worthington Steel Co.<br>1605 Solutions Center<br>Chicago IL 60677-1005 | | | | $79,713.79 |
| RG Steel, LLC<br>Severstal Wheeling, Inc.<br>23646 Network Place<br>Chicago IL 60673-1236 | | | | $68,238.61 |
| Beta Steel Corporation<br>P.O. Box 189008<br>44225 Utica Road<br>Utica MI 48318-9008 | | | | $62,346.99 |
| St. Mary's Cement<br>Dept #270401<br>P.O. Box 67000<br>Detroit MI 48267-2704 | | | | $51,856.04 |
| Carl Schlegel, Inc.<br>16527 Wood Street<br>Lansing MI 48906 | | | | $41,022.77 |
| Foster Oil Company<br>P.O. Box 145<br>Lapeer MI 48446-0145 | | | | $30,646.52 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Premarc Corporation**                    , Case No. _____
                    Debtor                         Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Universal Polymer & Rubber<br>P.O. Box 636034<br>Cincinnati OH 45263-6034 | | | | $28,543.22 |
| AK Steel Corporation<br>9227 Centre Pointe Drive<br>West Chester OH 45069 | | | | $25.004.11 |
| BCN-HMO of Michigan<br>P.O. Box 33608<br>Detroit MI 48232-5608 | | | | $15,392.96 |
| Consumers Energy<br>P.O. Box 30090<br>Lansing MI 48937-0001 | | | | $10,897.27 |
| J&J Drainage Products Co.<br>P.O. Box 829<br>Hutchinson KS 67504-0829 | | | | $10,316.60 |
| Selective Insurance Company of America<br>Box 371468<br>Pittsburgh PA 15250-7468 | | | | $10,315.00 |

In re **Premarc Corporation** , Case No. _____
                    Debtor                         Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Premium Assignment Corporation**<br>P.O. Box 3100<br>Tallahassee FL 32315-3100 | | | | $9,928.33 |
| **Ironside Design Mfg, Inc.**<br>45831 Hocking Avenue<br>Chilliwack BC<br>Canada V2P 1B5 | | | | $8.776.61 |
| **Contech Construction Products**<br>16445 Collection Center<br>Chicago IL 60693 | | | | $8,346.25 |
| **Acuity Mutual Insurance**<br>2800 South Taylor Drive<br>P.O. Box 718<br>Sheboygan WI 53082-0718 | | | | $8,330.03 |
| **Headwaters Resources, Inc.**<br>P.O. Box 843922<br>Dallas TX 75284-3922 | | | | $8,052.00 |
| **Pure Ashpalt Company**<br>3300 W 31st Street<br>Chicago IL 60623 | | | | $6,622.76 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Premarc Corporation**, Case No. _____
              Debtor        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Norlight, Inc.**<br>P.O. Box 740094<br>Cincinnati OH 45274-0094 | | | | $6,276.33 |
| **Hascall Steel Company**<br>4165 Spartan Industrial Drive<br>Grandville MI 49418 | | | | $5.827.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David C. Marsh, Vice President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **11/14/2011**      Signature: **/s/ David C. Marsh**

                                   **David C. Marsh, Vice President**
                                   (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
# Eastern District of Michigan

In re **Premarc Corporation**     Case No.

Debtor.     Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Premarc Corporation** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**     **% of Shares Owned**

**None**

OR,

__X__ There are no entities to report.

By **/s/Dennis M. Haley**
**Dennis M. Haley**
Signature of Attorney

Counsel for     **Premarc Corporation**
Bar no.:     **P-14538**
Address.:     **Winegarden, Haley et. al. P.L.C**
**G-9460 S. Saginaw Street, Suite A**
**Grand Blanc, MI 48439**
Telephone No.:     **(810) 767-3600**
Fax No.:     **(810) 579-1748**
E-mail address:     **DHaley@Winegarden-Law.com**

In re: Premarc Corporation    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Daniel C. Marsh Irrev. Ins. Trust f/b/o David C. Marsh | | 625 shares, 3.940% | |
| Daniel C. Marsh Irrev. Ins. Trust f/b/o Paul A. Marsh | | 625 shares, 3.940% | |
| Daniel C. Marsh Irrev. Ins. Trust f/b/o John C. Marsh | | 625 shares, 3.940% | |
| Daniel C. Marsh Revocable Trust | A - voting | 160 shares, 48.2% | |
| Daniel C. Marsh Revocable Trust | | 8,500 shares, 53.587% | |
| David C. Marsh Trust | A - voting | 86 shares, 25.9% | |
| David C. Marsh Trust | | 140 shares, 0.883% | |
| John C. Marsh | | 150 shares, .0946% | |
| Mary H. Marsh Revocable Trust | | 5,057 shares, 31.881% | |
| Paul A. Marsh Trust | A - voting | 86 shares, 25.9% | |
| Paul A. Marsh Trust | | 140 shares, 0.883% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **David C. Marsh**, **Vice President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

In re: **Premarc Corporation**   Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|

Date: November 11, 2011   /s/David C. Marsh
David C. Marsh, Vice President, Premarc Corporation
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re: **Premarc Corporation**　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

　　The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **11/14/2011**　　　　　　　　　　　　　Signed: **/s/ David C. Marsh**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**David C. Marsh**

Signed: **/s/Dennis M. Haley**
　　　　　**Dennis M. Haley**
　　　　　Attorney for Debtor(s)
　　　　　Bar no.:　**P-14538**
　　　　　**Winegarden, Haley et. al. P.L.C**
　　　　　**G-9460 S. Saginaw Street, Suite A**
　　　　　**Grand Blanc, MI 48439**
　　　　　Telephone No.:　**(810) 767-3600**
　　　　　Fax No.:　**(810) 579-1748**
　　　　　E-mail address:　**DHaley@Winegarden-Law.com**

| | | |
|---|---|---|
| Acuity Mutual Insurance<br>2800 South Taylor Drive<br>P.O. Box 718<br>Sheboygan WI 53082-0718 | Airgas Great Lakes<br>P.O. Box 802576<br>Chicago IL 60680-2576 | AK Steel Corporation<br>9227 Centre Pointe Drive<br>West Chester OH 45069 |
| All Purpose Services<br>350 Maple Street<br>P.O. Box 212<br>Vernon MI 48476 | Arrow Uniform-Taylor, LLC<br>6400 Monroe Boulevard<br>Taylor MI 48180 | Artesian Water Conditioning<br>1001 S. Chestnut<br>Owosso MI 48867 |
| AT&T<br>P.O. Box 8100<br>Aurora IL 60507 | Auto-Owners Insurance<br>P.O. Box 30315<br>Lansing MI 48909-7815 | BCN-HMO of Michigan<br>P.O. Box 33608<br>Detroit MI 48232-5608 |
| Beta Steel Corporation<br>P.O. Box 189008<br>44225 Utica Road<br>Utica MI 48318-9008 | Better hearing<br>3815 W St. Joseph Highway, Ste I<br>Lansing MI 48917 | Brady Business Systems<br>G-8173 Embury Road<br>Grand Blanc MI 48439 |
| Cadillac Fabrication, Inc.<br>1340 Marty Paul Street<br>Cadillac MI 49601 | Cadillac Truck Service<br>P.O. Box 304<br>Cadillac MI 49601 | Carl Schlegel, Inc.<br>16527 Wood Street<br>Lansing MI 48906 |
| Cartronics, Inc.<br>1031 E. Main<br>P.O. Box 226<br>Owosso MI 48867 | Cintas Corporation #308<br>G-5051 Exchange Drive<br>Flint MI 48507 | Clinton County Treasurer<br>P.O. Box 39<br>St. Johns MI 48879-0039 |
| Coffield Oil Co., Inc.<br>P.O. Box 25<br>Bancroft MI 48414 | Concrete Accessory Mfg.<br>P.O. Box 603<br>Ludington MI 49431 | Construction Association of Mi<br>43636 Woodward Avenue<br>P.O. Box 3204<br>Bloomfield Hills MI 48302-3204 |
| Consumers Energy<br>P.O. Box 30090<br>Lansing MI 48937-0001 | Contech Construction Products<br>16445 Collection Center<br>Chicago IL 60693 | Crystal Clean Water<br>1007 S. Chestnut Street<br>Owosso MI 48867 |
| D&D Truck & Trailer Parts<br>105 N. Brady Street<br>Corunna MI 48817 | Daniel C. Marsh<br>4340 Maya Lane<br>Swartz Creek MI 48473 | David C. Marsh<br>5208 N. Bancroft Road<br>Durand MI 48429 |
| DTE Energy<br>P.O. Box 630795<br>Cincinnati OH 45263-0795 | East Jordan Iron Works, Inc.<br>Department #59601<br>P.O. Box 67000<br>Detroit MI 48267-0596 | EDI Encomium Data Internationa<br>5755 Granger Road, Ste 345<br>Independence OH 44131 |

| | | |
|---|---|---|
| Essex Township Treasurer<br>4633 N Essex Center Road<br>St. Johns MI 48879 | Fastenal Company<br>P.O. Box 978<br>Winona MN 55987-0978 | Fernco, Inc.<br>Department #77099<br>P.O. Box 77000<br>Detroit MI 48227-0099 |
| Fifth Third Bank<br>C/O E. Dale Wilson<br>Butzel Long<br>41000 Woodward Avenue<br>Bloomfield Hills MI 48304 | Fifth Third Bank<br>c/o Dale Wilson<br>Butzel Long<br>41000 Woodward Avenue<br>Bloomfield Hills MI 48304 | Foster Oil Company<br>P.O. Box 145<br>Lapeer MI 48446-0145 |
| Foster Swift Collins & Smith PC<br>313 S. Washington Square<br>Lansing MI 48933-2193 | Fraza Forklifts<br>c/o Mike Mueller<br>33233 Woodward Avenue<br>Birmingham MI 48009 | Frontier<br>P.O. Box 2951<br>Phoenix AZ 85062-2951 |
| Grand Office Supply<br>3061 Pine Street SW<br>Grandville MI 49418 | GSI US<br>P.O. Box 713034<br>Columbus OH 43271-3034 | Harbor Pipe & Supply<br>1919 M-37<br>Traverse City MI 49684 |
| Harbor Steel & Supply Corp.<br>1115 E. Broadway<br>P.O. Box 4250<br>Muskegon MI 49444 | Hascall Steel Company<br>4165 Spartan Industrial Drive<br>Grandville MI 49418 | Hawkeye Concrete Products<br>Highway 61 South<br>P.O. Box 9<br>Mediapolis IA 52637 |
| Headwaters Resources, Inc.<br>P.O. Box 843922<br>Dallas TX 75284-3922 | Hi-Quality Glass<br>207 N. Dewey<br>Owosso MI 48867 | Hireright Solutions, Inc.<br>23833 Network Place<br>Chicago IL 60673-1238 |
| Home Depot Credit Services<br>Dept 32-2532538711<br>P.O. Box 9055<br>Des Moines IA 50368-9055 | Invis A Link<br>P.O. Box 371<br>Durand MI 48429 | Ironside Design Mfg, Inc.<br>45831 Hocking Avenue<br>Chilliwack BC<br>Canada V2P 1B5 |
| J&J Drainage Products Co.<br>P.O. Box 829<br>Hutchinson KS 67504-0829 | James Glove & Supply Co.<br>3422 West Padadena<br>Flint MI 48504 | Kasson Sand & Gravel<br>10282 S. Pierce Road<br>Maple City MI 49664 |
| Kendall Electric<br>P.O. Box 67000<br>Dept 112101<br>Detroit MI 48267-2101 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 | LINA<br>c/o CIGNA<br>P.O. Box 13701<br>Philadelphia PA 19101-3701 |
| MBK Sales & Service<br>408 Dry Creek Avenue<br>West Burlington IA 52655 | Michigan Pallet, Inc.<br>P.O. Box 97<br>St. Charles MI 48655 | Michigan Pipe & Valve-Flint<br>P.O. Box 4370<br>Jackson MI 49204-4370 |

| | | |
|---|---|---|
| Michigan Secretary of State<br>7065 Crowner Drive<br>Lansing MI 48980-0001 | MiSDU<br>P.O. Box 30350<br>Lansing MI 48909-7850 | Monroe Point-Shell Food Mart<br>8544 Lansing Road<br>Durand MI 48429 |
| Morrison Industrial Equipment C<br>1825 Monroe<br>P.O. Box 1803<br>Grand Rapids MI 49501 | Neal's Truck Parts<br>P.O. Box 9302<br>Grand Rapids MI 49509 | Norlight, Inc.<br>P.O. Box 740094<br>Cincinnati OH 45274-0094 |
| Northwest Energy<br>2080 Corunna Avenue<br>Owosso MI 48867 | Office Depot<br>P.O. Box 88040<br>Chicago IL 60680-1040 | Office Max<br>75 Remittance Drive #2698<br>Chicago IL 60675-2698 |
| Office of the US Trustee<br>211 West Fort Street, Ste 700<br>Detroit MI 48226 | Owosso Bolt & Brass Co.<br>327-329 Jerome Street<br>P.O. Box 68<br>Owosso MI 48867 | Paris All Sharp, Inc.<br>22920 Northland Drive<br>Paris MI 49338 |
| Paul Marsh<br>8180 Stillwood Trail<br>Rockford MI 49341 | Pitney Bowes, Inc.<br>P.O. Box 371896<br>Pittsburgh PA 15250-7896 | Premium Assignment Corporation<br>P.O. Box 3100<br>Tallahassee FL 32315-3100 |
| Pure Ashpalt Company<br>3300 W 31st Street<br>Chicago IL 60623 | Purity Cylinder Gases, Inc.<br>P.O. Box 9390<br>Grand Rapids MI 49509 | Quill<br>P.O. Box 37600<br>Philadelphia PA 19101-0600 |
| RG Steel, LLC<br>Severstal Wheeling, Inc.<br>23646 Network Place<br>Chicago IL 60673-1236 | Road Equipment Parts Center<br>P.O. Box 9425<br>Grand Rapids MI 49509 | Safety Kleen<br>P.O. Box 382066<br>Pittsburgh PA 15250-8066 |
| Selective Insurance Company<br>of America<br>Box 371468<br>Pittsburgh PA 15250-7468 | Shiawassee County Treasurer<br>208 N. Shiawassee Street<br>Corunna MI 48817 | Shiawassee Physician Service<br>208 N. Shiawassee Street<br>Owosso MI 48867 |
| Siemens Industry, Inc.<br>P.O. Box 371-034<br>Pittsburgh PA 15251 | Simpson Gumpertz & Heger<br>41 Seyon Street<br>Building 1, Ste 500<br>Waltham MA 02453 | St. Mary's Cement<br>Dept #270401<br>P.O. Box 67000<br>Detroit MI 48267-2704 |
| TBF Graphics<br>Turner Business Forms<br>803 S. Washington Avenue<br>Saginaw MI 48601 | TCI Tire Centers<br>3100 Freeway Lane<br>Saginaw MI 48601 | Township of Selma<br>3474 S. 29 Road<br>Cadillac MI 49601 |

| | | |
|---|---|---|
| Travelers<br>CL Remittance Center<br>P.O. Box 660317<br>Dallas TX 75266-0317 | Trelleborg Engineering Systems<br>250 Elm Street<br>P.O. Box 301<br>Milford NH 03055 | Unemployment Insurance Agency<br>3024 W. Grand Boulevard, Ste 1<br>Detroit MI 48202-6024 |
| United Parcel Service<br>Lockbox 577<br>Carol Stream IL 60132-0577 | Universal Polymer & Rubber<br>P.O. Box 636034<br>Cincinnati OH 45263-6034 | Valley Truck Parts<br>1900 Chicago Drive SW<br>Grand Rapids MI 49519 |
| Verizon Wireless<br>P.O. Box 15062<br>Albany NY 12212-5062 | Vernon Hardware & Auto Part<br>7200 M 71<br>P.O. Box 210<br>Vernon MI 48476 | Vernon Township Treasurer<br>P.O. Box 354<br>Durand MI 48429 |
| Vernon Twp Fire Department<br>316 E. Main Street<br>P.O. Box 326<br>Vernon MI 48476 | Village of Vernon<br>P.O. Box 175<br>120 E. Main Street<br>Vernon MI 48476 | Voight & Schweitzer<br>Galvanizers, Inc.<br>12600 Arnold Street<br>Redford MI 48239 |
| Waste Management, Inc.<br>P.O. Box 4648<br>Carol Stream IL 60197-4648 | Weinlander Fitzhugh<br>P.O. Box 775<br>Bay City MI 48707-0775 | Wexford County Treasurer<br>P.O. Box 293<br>Cadillac MI 49601 |
| Wolverine Crane & Service<br>2557 Thornwood SW<br>Grand Rapids MI 49519 | Worthington Steel Co.<br>1605 Solutions Center<br>Chicago IL 60677-1005 | |